# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                                  §
                                        §
DELL, Jr., HAROLD                       §    Case No. 12-20367
                                        §
                    Debtor              §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/18/2012 . The undersigned trustee was appointed on 04/16/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of           $         36,000.00

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 9,539.29 |
| Bank service fees | 910.53 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 25,550.18 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  02/26/2013  and the deadline for filing governmental claims was  02/26/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,350.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 4,350.00 , for a total compensation of $ 4,350.00 $^2$.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 $^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/08/2016                              By:/s/GINA B. KROL
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^2$ If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| | |
|---|---|
| Case No: | 12-20367   DRC   Judge: Donald R. Cassling |
| Case Name: | DELL, Jr., HAROLD |
| For Period Ending: | 03/08/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Date Filed (f) or Converted (c): | 05/18/12 (f) |
| 341(a) Meeting Date: | 08/21/12 |
| Claims Bar Date: | 02/26/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 1406 Spyglass Court, Itasca IL 60143 Per Zillo 2/28/12 | 388,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash on Hand | 100.00 | 0.00 | | 0.00 | FA |
| 3. Checking / Savings Account at Citi Bank | 300.00 | 0.00 | | 0.00 | FA |
| 4. Misc Household Goods and Furniture located at - , Resale Value | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Duck Stamp Art Collection | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Personal Clothing of Debtor | 500.00 | 0.00 | | 0.00 | FA |
| 7. Whole Life Insurance Policy - Universal Cash Value | 500.00 | 0.00 | | 0.00 | FA |
| 8. IRA / 401K Accounts at Principal & Transanerica | 170,000.00 | 0.00 | | 0.00 | FA |
| 9. CBC Book of Business 150% Of 50% Est. at 9k a month | 0.00 | 36,000.00 | | 36,000.00 | FA |
| 10. Global Health & Wellness Solutions, Inc. Inventory - wholesale value | 4,000.00 | 0.00 | | 0.00 | FA |
| 11. 2012 Honda Pilot Lease | 39,000.00 | 0.00 | | 0.00 | FA |
| 12. 2001 Infinity I30 | 2,500.00 | 0.00 | | 0.00 | FA |
| 13. Timeshare Interest - Weston, Acapulco | 18,000.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $624,900.00 | $36,000.00 | | $36,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Submitted TFR to US TEE January 21, 2016, 01:49 pm

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 12-20367    DRC    Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | DELL, Jr., HAROLD | Date Filed (f) or Converted (c): | 05/18/12 (f) |
| | | 341(a) Meeting Date: | 08/21/12 |
| | | Claims Bar Date: | 02/26/13 |

Surplus Estate.  Successor Trustee to submit TFR

October 06, 2014, 04:35 pm

Debtor turned over balance of book of business value to Trustee. Matter pending to employ accountant.

Turnover completed

Tax return pending

Review of claims continues.  Claimant to either withdraw claim #2 or issue amended claim.

Once claim is resolved final to follows. best est at this time is May, 30, 2014

Objection to Claim No. 2 of CitiMortgage, Inc filed and set for hearing on 4/4/'14.


Initial Projected Date of Final Report (TFR): 06/30/14           Current Projected Date of Final Report (TFR): 10/31/15


              /s/     GINA B. KROL
     _____      Date: 03/08/16
            GINA B. KROL

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 12-20367 -DRC | |
| Case Name: | DELL, Jr., HAROLD | |
| Taxpayer ID No: | *******1867 | |
| For Period Ending: | 03/08/16 | |

| | | |
|---|---|---|
| Trustee Name: | GINA B. KROL | |
| Bank Name: | Green Bank | |
| Account Number / CD #: | *******6701 Checking Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/25/13 | 9 | CDSI<br>CITI ONLINE BILL PAYMENT OPERATIONS<br>P.O. BOX 769015<br>SAN ANTONIO, TX 78245 | SETTLEMENT PAYMENT | 1129-000 | 15,000.00 | | 15,000.00 |
| 03/29/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 3.90 | 14,996.10 |
| 04/29/13 | 9 | Harold Dell, Jr | TURNOVER OF FUNDS | 1129-000 | 21,000.00 | | 35,996.10 |
| 04/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 24.51 | 35,971.59 |
| 05/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 61.79 | 35,909.80 |
| 06/28/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 52.33 | 35,857.47 |
| 07/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 57.86 | 35,799.61 |
| 08/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 61.49 | 35,738.12 |
| 09/30/13 | | Green Bank | Bank Service Fee | 2600-000 | | 52.08 | 35,686.04 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM2T4

Ver: 19.05f

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-20367 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | DELL, Jr., HAROLD | | Bank Name: | Green Bank |
| | | | Account Number / CD #: | *******6701 Checking Account |
| Taxpayer ID No: | *******1867 | | | |
| For Period Ending: | 03/08/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/13 | | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092<br>Green Bank | Bank Service Fee | 2600-000 | | 57.58 | 35,628.46 |
| 11/29/13 | | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092<br>Green Bank | Bank Service Fee | 2600-000 | | 57.49 | 35,570.97 |
| 12/31/13 | | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092<br>Green Bank | Bank Service Fee | 2600-000 | | 55.54 | 35,515.43 |
| 01/31/14 | | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092<br>Green Bank | Bank Service Fee | 2600-000 | | 61.00 | 35,454.43 |
| 02/28/14 | | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092<br>Green Bank | Bank Service Fee | 2600-000 | | 51.67 | 35,402.76 |
| 03/31/14 | | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092<br>Green Bank | Bank Service Fee | 2600-000 | | 53.44 | 35,349.32 |
| 04/02/14 | 003001 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA 70139 | Blanket bond #016026455 2/01/14<br>to 2/10/15<br>    2300-000    $-29.33 | 2300-000 | | 29.33 | 35,319.99 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM2T4

Ver: 19.05f

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-20367 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | DELL, Jr., HAROLD | Bank Name: | Green Bank |
| | | Account Number / CD #: | *******6701  Checking Account |
| Taxpayer ID No: | *******1867 | | |
| For Period Ending: | 03/08/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/28/14 | | Green Bank | Technology Fee | 2600-000 | | 42.29 | 35,277.70 |
| 05/05/14 | | Transfer to Acct #*******0873 | Bank Funds Transfer | 9999-000 | | 35,277.70 | 0.00 |

|  | Account *******6701 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| 2 | Deposits | | 36,000.00 | 1 | Checks | 29.33 |
| 0 | Interest Postings | | 0.00 | 14 | Adjustments Out | 692.97 |
| | Subtotal | $ | 36,000.00 | 1 | Transfers Out | 35,277.70 |
| 0 | Adjustments In | | 0.00 | | Total | $ 36,000.00 |
| 0 | Transfers In | | 0.00 | | | |
| | Total | $ | 36,000.00 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM2T4

Ver: 19.05f

FORM 2

Page: 4

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-20367 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | DELL, Jr., HAROLD | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0873 Checking Account |
| Taxpayer ID No: | *******1867 | | | |
| For Period Ending: | 03/08/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/05/14 | | Transfer from Acct #*******6701 | Bank Funds Transfer | 9999-000 | 35,277.70 | | 35,277.70 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 35,267.70 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 52.42 | 35,215.28 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.66 | 35,164.62 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 52.28 | 35,112.34 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 52.20 | 35,060.14 |
| 09/22/14 | 030001 | InnovaLaw, PC<br>1900 Ravinia Palce<br>Orland Park, IL 60462 | Attorney's Fees per Court Order | 3210-000 | | 8,155.00 | 26,905.14 |
| 09/22/14 | 030002 | InnovaLaw, PC<br>1900 Ravinia Palce<br>Orland Park, IL 60462 | Attorney's Expenses per Court Order | 3220-000 | | 55.96 | 26,849.18 |
| 10/06/14 | 030003 | Alan Horewitch<br>SCOTT, HOREWITCH, PIDGEON & ABRAMS<br>2150 E. Lake Cook Rd.<br>Suite 560<br>Buffalo Grove, IL 60089 | Accountant Fees | 3410-000 | | 1,270.00 | 25,579.18 |
| 02/10/15 | 030004 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY 10165 | | 2300-000 | | 14.62 | 25,564.56 |
| 02/18/16 | 030005 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY 10017 | Acct #10BSBGR6291 | 2300-000 | | 14.38 | 25,550.18 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5
Exhibit B

| Case No: | 12-20367 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | DELL, Jr., HAROLD | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0873 Checking Account |
| Taxpayer ID No: | *******1867 | | |
| For Period Ending: | 03/08/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Account *******0873 | Balance Forward | 0.00 | | | |
| | 0 | Deposits | 0.00 | 5 | Checks | 9,509.96 |
| | 0 | Interest Postings | 0.00 | 5 | Adjustments Out | 217.56 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 0.00 | | | |
| | | | | | Total | $ 9,727.52 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 35,277.70 | | | |
| | | Total | $ 35,277.70 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Report Totals | | Balance Forward | 0.00 | | | |
| | 2 | Deposits | 36,000.00 | 6 | Checks | 9,539.29 |
| | 0 | Interest Postings | 0.00 | 19 | Adjustments Out | 910.53 |
| | | | | 1 | Transfers Out | 35,277.70 |
| | | Subtotal | $ 36,000.00 | | | |
| | | | | | Total | $ 45,727.52 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 35,277.70 | | | |
| | | Total | $ 71,277.70 | | Net Total Balance | $ 25,550.18 |

/s/ GINA B. KROL

Trustee's Signature: _____ Date: 03/08/16
GINA B. KROL

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 08, 2016 |
|---|---|---|---|---|---|---|
| Case Number: | 12-20367 | Priority Sequence | | | | |
| Debtor Name: | DELL, Jr., HAROLD | | | Joint Debtor: | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Gina B. Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Administrative<br>David E. Grochocinski, Trustee to be paid - $3,350.00<br>Gina B. Krol, Successor Trustee to be paid - $1,000.00 | | $0.00 | $4,350.00 | $4,350.00 |
| 200<br>3410-00 | Scott Horewitch Pidgeon & Abrams, LLC<br>2150 E Lake Cook Road<br>Suite 560<br>Buffalo Grove, IL  60089 | Administrative | | $1,270.00 | $1,270.00 | $1,270.00 |
| 200<br>3110-00 | InnovaLaw, PC<br>1900 Ravinia Palce<br>Orland Park, IL  60462 | Administrative | | $0.00 | $0.00 | $8,155.00 |
| 200<br>3120-00 | InnovaLaw, PC<br>1900 Ravinia Palce<br>Orland Park, IL  60462 | Administrative | | $0.00 | $55.96 | $55.96 |
| 1<br>560<br>4110-00 | American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX  750168088 | Secured<br>    Disallowed<br>    (1-1) Lease Contract | | $17,785.00 | $36,454.26 | $0.00 |
| 2<br>560<br>4110-00 | CitiMortgage, Inc.<br>PO Box 6030<br>Sioux Falls, SD  571176030 | Secured<br>    (2-1) Modified on 11/30/2012 to correct creditor address (CC)<br>    Disallowed per 4/4/14 order | | $410,863.00 | $425,002.50 | $0.00 |
| 3<br>610<br>7100-00 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC  29602 | Unsecured | | $10,334.00 | $10,334.42 | $10,334.42 |
| 4<br>610<br>7100-00 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC  29602 | Unsecured | | $13,521.00 | $13,521.71 | $13,521.71 |
| 5<br>610<br>7100-00 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC  29602 | Unsecured | | $5,588.00 | $5,272.62 | $5,272.62 |

Page 2

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: March 08, 2016

Case Number:  12-20367
Debtor Name:  DELL, Jr., HAROLD

Priority Sequence

Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 6<br>610<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  282721083 | Unsecured | | $6,211.00 | $6,341.51 | $6,341.51 |
| 7<br>610<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  282721083 | Unsecured | | $8,165.00 | $8,333.04 | $8,333.04 |
| 8<br>610<br>7100-00 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC  27410 | Unsecured | | $0.00 | $2,034.98 | $2,034.98 |
| 9<br>610<br>7100-00 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC  27410 | Unsecured | | $0.00 | $5,860.23 | $5,860.23 |
| BOND<br>999<br>2300-00 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY  10165 | Administrative | | $0.00 | $14.62 | $14.62 |
| BOND<br>999<br>2300-00 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY  10017 | Administrative | | $0.00 | $14.38 | $14.38 |
| | Case Totals: | | | $473,737.00 | $518,860.23 | $65,558.47 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-20367
Case Name: DELL, Jr., HAROLD
Trustee Name: GINA B. KROL

Balance on hand $ 25,550.18

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | American Honda Finance Corporation National Bankruptcy Center P.O. Box 168088 Irving, TX 750168088 | $ 36,454.26 | $ 0.00 | $ 0.00 | $ 0.00 |
| 2 | CitiMortgage, Inc. PO Box 6030 Sioux Falls, SD 571176030 | $ 425,002.50 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 25,550.18

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 4,350.00 | $ 0.00 | $ 4,350.00 |
| Attorney for Trustee Fees: InnovaLaw, PC | $ 8,155.00 | $ 8,155.00 | $ 0.00 |
| Accountant for Trustee Fees: Scott Horewitch Pidgeon & Abrams, LLC | $ 1,270.00 | $ 1,270.00 | $ 0.00 |
| Other: Adams Levine Surety Bond Agency | $ 14.62 | $ 14.62 | $ 0.00 |
| Other: ADAMS-LEVINE | $ 14.38 | $ 14.38 | $ 0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: InnovaLaw, PC | $ 55.96 | $ 55.96 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 4,350.00 |
| Remaining Balance | | | $ 21,200.18 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 51,698.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 41.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | PYOD, LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC  29602 | $ 10,334.42 | $ 0.00 | $ 4,237.87 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | PYOD, LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC  29602 | $     13,521.71 | $          0.00 | $     5,544.89 |
| 5 | PYOD, LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC  29602 | $       5,272.62 | $          0.00 | $     2,162.16 |
| 6 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  282721083 | $       6,341.51 | $          0.00 | $     2,600.48 |
| 7 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  282721083 | $       8,333.04 | $          0.00 | $     3,417.16 |
| 8 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC  27410 | $       2,034.98 | $          0.00 | $        834.49 |
| 9 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC  27410 | $       5,860.23 | $          0.00 | $     2,403.13 |

Total to be paid to timely general unsecured creditors                    $             21,200.18

Remaining Balance                                                                              $                      0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE