UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
DELL, Jr., HAROLD § Case No. 12-20367 DRC
§
Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
JEFFREY P. ALLSTEADT
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 04/15/2016 in Courtroom 240,
Kane County Courthouse
100 S. 3rd Street
Geneva, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/11/2016        By: /s/ JEFFREY P. ALLSTEADT
                                   Clerk of US Bankruptcy Court


*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  §
       §
       §
DELL, Jr., HAROLD  §   Case No. 12-20367 DRC
       §
   Debtor  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 36,000.00 |
| and approved disbursements of | $ | 10,449.82 |
| leaving a balance on hand of[1] | $ | 25,550.18 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 750168088 | $ 36,454.26 | $ 0.00 | $ 0.00 | $ 0.00 |
| 2 | CitiMortgage, Inc.<br>PO Box 6030<br>Sioux Falls, SD 571176030 | $ 425,002.50 | $ 0.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to secured creditors | | | $ | 0.00 |
| | Remaining Balance | | | $ | 25,550.18 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 4,350.00 | $ 0.00 | $ 4,350.00 |
| Attorney for Trustee Fees: InnovaLaw, PC | $ 8,155.00 | $ 8,155.00 | $ 0.00 |
| Accountant for Trustee Fees: Scott Horewitch Pidgeon & Abrams, LLC | $ 1,270.00 | $ 1,270.00 | $ 0.00 |
| Other: Adams Levine Surety Bond Agency | $ 14.62 | $ 14.62 | $ 0.00 |
| Other: ADAMS-LEVINE | $ 14.38 | $ 14.38 | $ 0.00 |
| Other: InnovaLaw, PC | $ 55.96 | $ 55.96 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $    4,350.00

Remaining Balance    $    21,200.18

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 51,698.51 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 41.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | PYOD, LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 19008 Greenville, SC  29602 | $         10,334.42 | $              0.00 | $            4,237.87 |
| 4 | PYOD, LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 19008 Greenville, SC  29602 | $         13,521.71 | $              0.00 | $            5,544.89 |
| 5 | PYOD, LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 19008 Greenville, SC  29602 | $          5,272.62 | $              0.00 | $            2,162.16 |
| 6 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC  282721083 | $          6,341.51 | $              0.00 | $            2,600.48 |
| 7 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC  282721083 | $          8,333.04 | $              0.00 | $            3,417.16 |
| 8 | FIA CARD SERVICES, N.A. 4161 Piedmont Parkway NC4 105 03 14 Greensboro, NC  27410 | $          2,034.98 | $              0.00 | $              834.49 |
| 9 | FIA CARD SERVICES, N.A. 4161 Piedmont Parkway NC4 105 03 14 Greensboro, NC  27410 | $          5,860.23 | $              0.00 | $            2,403.13 |

Total to be paid to timely general unsecured creditors                                              $            21,200.18

  Remaining Balance                   $_____0.00

  Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

       Prepared By: /s/GINA B. KROL_____
                  Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-20367-DRC
Harold E Dell, Jr.                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: froman               Page 1 of 2            Date Rcvd: Mar 14, 2016
                               Form ID: pdf006            Total Noticed: 17

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2016.
db             +Harold E Dell, Jr.,    1406 Spyglass Court,    Itasca, IL 60143-1971
18929155       +American Home Mtg Svci,    1525 S Belt Line Rd,    Coppell, TX 75019-4913
18929157      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Po Box 982238,    El Paso, TX 79998)
18929159      ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,     Po Box 85520,    Richmond, VA 23285)
19849933        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
18929160       +Cbna,   Po Box 769006,    San Antonio, TX 78245-9006
18929161       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
18929162       +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
19747210        CitiMortgage, Inc.,    PO Box 6030,    Sioux Falls, SD 57117-6030
18929163       +Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
19904418        FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
18929164       +Hsbc Bank,   Po Box 5253,    Carol Stream, IL 60197-5253
18929166     +++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
               (address filed with court: Us Dept Ed,     Po Box 7202,    Utica, NY 13504-7202)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18929156        E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 15 2016 01:22:36     American Honda Finance,
                 2170 Point Blvd Ste 100,    Elgin, IL 60123
19736380        E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 15 2016 01:22:36
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088,    866-716-6441
19752091       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 15 2016 01:20:13
                 PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
                 PO Box 19008,    Greenville, SC 29602-9008
18929165       +E-mail/Text: 00svobankruptcy@starwoodvo.com Mar 15 2016 01:21:55     Starwood Vacation Owne,
                 9002 San Marco Ct,    Orlando, FL 32819-8600
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18929158      ##+Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2016 at the address(es) listed below:
          Gina B Krol    on behalf of Accountant Alan  Horewitch gkrol@cohenandkrol.com,
           gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;gsullivan@cohenandkrol.com;jneiman@cohenandkrol.
           com
          Gina B Krol    gkrol@cohenandkrol.com,
           gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;gsullivan@cohenandkrol.com;jneiman@cohenandkrol.
           com
          John J Lynch    on behalf of Debtor 1 Harold E Dell, Jr. jlynch@lynch4law.com,
           rlynch@jjlynchlaw.com;breilly@lynch4law.com;staff@lynch4law.com
          Kathleen M. McGuire    on behalf of Attorney    InnovaLaw, P.C. kathleenmmcguirelaw@gmail.com,
           kmmcguirelaw@aol.com,lawyers@innovalaw.com,khubert@innovalaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
```

```
District/off: 0752-1           User: froman              Page 2 of 2                  Date Rcvd: Mar 14, 2016
                               Form ID: pdf006           Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Timothy R Yueill    on behalf of Creditor    CITIMORTGAGE, INC, timothyy@nevellaw.com
                                                                                            TOTAL: 6