# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: § | |
| § | |
| DELL, Jr., HAROLD § | Case No. 12-20367 DRC |
| § | |
| Debtor § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 450,400.00                Assets Exempt: 174,500.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  21,200.18      Claims Discharged
                                                  Without Payment:  138,419.33

Total Expenses of Administration: 14,799.82

---

3) Total gross receipts of $ 36,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 36,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 554,675.00 | $ 461,456.76 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,644.82 | 14,799.82 | 14,799.82 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 159,634.00 | 51,698.51 | 51,698.51 | 21,200.18 |
| **TOTAL DISBURSEMENTS** | $ 714,309.00 | $ 519,800.09 | $ 66,498.33 | $ 36,000.00 |

4) This case was originally filed under chapter 7 on 05/18/2012 . The case was pending for 50 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/13/2016            By: /s/GINA B. KROL
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CBC Book of Business 150% Of 50% Est. at 9k a | 1129-000 | 36,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 36,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Home Mtg Svci 1525 S Belt Line Rd Coppell, TX 75019 | | 108,245.00 | NA | NA | 0.00 |
| | Starwood Vacation Owne 9002 San Marco Ct Orlando, FL 32819 | | 17,782.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | AMERICAN HONDA FINANCE CORPORATION | 4110-000 | 17,785.00 | 36,454.26 | 0.00 | 0.00 |
| 2 | CITIMORTGAGE, INC. | 4110-000 | 410,863.00 | 425,002.50 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 554,675.00 | $ 461,456.76 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID E. GROCHOCINSKI | 2100-000 | NA | 3,350.00 | 3,350.00 | 3,350.00 |
| GINA B. KROL | 2100-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| ADAMS LEVINE SURETY BOND AGENCY | 2300-000 | NA | 14.62 | 14.62 | 14.62 |
| ADAMS-LEVINE | 2300-000 | NA | 14.38 | 14.38 | 14.38 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 29.33 | 29.33 | 29.33 |
| ASSOCIATED BANK | 2600-000 | NA | 217.56 | 217.56 | 217.56 |
| Green Bank | 2600-000 | NA | 692.97 | 692.97 | 692.97 |
| INNOVALAW, PC | 3210-000 | NA | 0.00 | 8,155.00 | 8,155.00 |
| INNOVALAW, PC | 3220-000 | NA | 55.96 | 55.96 | 55.96 |
| SCOTT HOREWITCH PIDGEON & ABRAMS, L | 3410-000 | NA | 1,270.00 | 1,270.00 | 1,270.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 6,644.82 | $ 14,799.82 | $ 14,799.82 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Po Box 982238 El Paso, TX 79998 | | 9,806.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Po Box 982238 El Paso, TX 79998 | | 4,199.00 | NA | NA | 0.00 |
| | Cbna Po Box 769006 San Antonio, TX 78245 | | 3,720.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 24,123.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 4,573.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 3,774.00 | NA | NA | 0.00 |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | 26.00 | NA | NA | 0.00 |
| | Us Dept Ed Po Box 7202 Utica, NY 13504-7202 | | 25,949.00 | NA | NA | 0.00 |
| | Us Dept Ed Po Box 7202 Utica, NY 13504-7202 | | 14,500.00 | NA | NA | 0.00 |
| | Us Dept Ed Po Box 7202 Utica, NY 13504-7202 | | 13,131.00 | NA | NA | 0.00 |
| | Us Dept Ed Po Box 7202 Utica, NY 13504-7202 | | 4,120.00 | NA | NA | 0.00 |
| 6 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 6,211.00 | 6,341.51 | 6,341.51 | 2,600.48 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 8,165.00 | 8,333.04 | 8,333.04 | 3,417.16 |
| 8 | FIA CARD SERVICES, N.A. | 7100-000 | 2,034.00 | 2,034.98 | 2,034.98 | 834.49 |
| 9 | FIA CARD SERVICES, N.A. | 7100-000 | 5,860.00 | 5,860.23 | 5,860.23 | 2,403.13 |
| 3 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | 10,334.00 | 10,334.42 | 10,334.42 | 4,237.87 |
| 4 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | 13,521.00 | 13,521.71 | 13,521.71 | 5,544.89 |
| 5 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | 5,588.00 | 5,272.62 | 5,272.62 | 2,162.16 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 159,634.00 | $ 51,698.51 | $ 51,698.51 | $ 21,200.18 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-20367 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- | --- |
| Case Name: | DELL, Jr., HAROLD | | | Date Filed (f) or Converted (c): | 05/18/12 (f) |
| | | | | 341(a) Meeting Date: | 08/21/12 |
| For Period Ending: | 06/13/16 | (9th reporting period for this case) | | Claims Bar Date: | 02/26/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 1406 Spyglass Court, Itasca IL 60143 Per Zillo 2/28/12 | 388,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash on Hand | 100.00 | 0.00 | | 0.00 | FA |
| 3. Checking / Savings Account at Citi Bank | 300.00 | 0.00 | | 0.00 | FA |
| 4. Misc Household Goods and Furniture located at - , Resale Value | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Duck Stamp Art Collection | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Personal Clothing of Debtor | 500.00 | 0.00 | | 0.00 | FA |
| 7. Whole Life Insurance Policy - Universal Cash Value | 500.00 | 0.00 | | 0.00 | FA |
| 8. IRA / 401K Accounts at Principal & Transanerica | 170,000.00 | 0.00 | | 0.00 | FA |
| 9. CBC Book of Business 150% Of 50% Est. at 9k a month | 0.00 | 36,000.00 | | 36,000.00 | FA |
| 10. Global Health & Wellness Solutions, Inc. Inventory - wholesale value | 4,000.00 | 0.00 | | 0.00 | FA |
| 11. 2012 Honda Pilot Lease | 39,000.00 | 0.00 | | 0.00 | FA |
| 12. 2001 Infinity I30 | 2,500.00 | 0.00 | | 0.00 | FA |
| 13. Timeshare Interest - Weston, Acapulco | 18,000.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $624,900.00 | $36,000.00 | | $36,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Submitted TFR to US TEE January 21, 2016, 01:49 pm

LFORM1

UST Form 101-7-TDR (10/1/2010)  (Page: 8)

Ver: 19.06a

Case 12-20367    Doc 71    Filed 06/15/16    Entered 06/15/16 14:19:27    Desc Main
Document      Page 9 of 15

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 12-20367    DRC    Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | DELL, Jr., HAROLD | Date Filed (f) or Converted (c): | 05/18/12 (f) |
| | | 341(a) Meeting Date: | 08/21/12 |
| | | Claims Bar Date: | 02/26/13 |

Surplus Estate. Successor Trustee to submit TFR

October 06, 2014, 04:35 pm

Debtor turned over balance of book of business value to Trustee. Matter pending to employ accountant.

Turnover completed

Tax return pending

Review of claims continues. Claimant to either withdraw claim #2 or issue amended claim.

Once claim is resolved final to follows. best est at this time is May, 30, 2014

Objection to Claim No. 2 of CitiMortgage, Inc filed and set for hearing on 4/4/'14.

Initial Projected Date of Final Report (TFR): 06/30/14         Current Projected Date of Final Report (TFR): 10/31/15

            /s/    GINA B. KROL
_____    Date: 06/13/16
            GINA B. KROL

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 12-20367 -DRC |
| Case Name: | DELL, Jr., HAROLD |
| Taxpayer ID No: | *******1867 |
| For Period Ending: | 06/13/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | Green Bank |
| Account Number / CD #: | *******6701 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/25/13 | 9 | CDSI<br>CITI ONLINE BILL PAYMENT OPERATIONS<br>P.O. BOX 769015<br>SAN ANTONIO, TX 78245 | SETTLEMENT PAYMENT | 1129-000 | 15,000.00 | | 15,000.00 |
| 03/29/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 3.90 | 14,996.10 |
| 04/29/13 | 9 | Harold Dell, Jr | TURNOVER OF FUNDS | 1129-000 | 21,000.00 | | 35,996.10 |
| 04/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 24.51 | 35,971.59 |
| 05/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 61.79 | 35,909.80 |
| 06/28/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 52.33 | 35,857.47 |
| 07/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 57.86 | 35,799.61 |
| 08/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 61.49 | 35,738.12 |
| 09/30/13 | | Green Bank | Bank Service Fee | 2600-000 | | 52.08 | 35,686.04 |

FORM 2  
Page: 2  
Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-20367 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | DELL, Jr., HAROLD | Bank Name: | Green Bank |
| | | Account Number / CD #: | *******6701  Checking Account |
| Taxpayer ID No: | *******1867 | | |
| For Period Ending: | 06/13/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/13 | | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092<br>Green Bank | Bank Service Fee | 2600-000 | | 57.58 | 35,628.46 |
| 11/29/13 | | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092<br>Green Bank | Bank Service Fee | 2600-000 | | 57.49 | 35,570.97 |
| 12/31/13 | | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092<br>Green Bank | Bank Service Fee | 2600-000 | | 55.54 | 35,515.43 |
| 01/31/14 | | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092<br>Green Bank | Bank Service Fee | 2600-000 | | 61.00 | 35,454.43 |
| 02/28/14 | | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092<br>Green Bank | Bank Service Fee | 2600-000 | | 51.67 | 35,402.76 |
| 03/31/14 | | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092<br>Green Bank | Bank Service Fee | 2600-000 | | 53.44 | 35,349.32 |
| 04/02/14 | 003001 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA  70139 | Blanket bond #016026455  2/01/14<br>to 2/10/15<br>          2300-000        $-29.33 | 2300-000 | | 29.33 | 35,319.99 |

LFORM2T4   UST Form 101-7-TDR (10/1/2010) (Page: 11)   Ver: 19.06a

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 12-20367 -DRC |
| Case Name: | DELL, Jr., HAROLD |
| Taxpayer ID No: | *******1867 |
| For Period Ending: | 06/13/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | Green Bank |
| Account Number / CD #: | *******6701  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/28/14 | | Green Bank | Technology Fee | 2600-000 | | 42.29 | 35,277.70 |
| 05/05/14 | | Transfer to Acct #*******0873 | Bank Funds Transfer | 9999-000 | | 35,277.70 | 0.00 |

| Account *******6701 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 2 | Deposits | 36,000.00 | 1 | Checks | 29.33 |
| | 0 | Interest Postings | 0.00 | 14 | Adjustments Out | 692.97 |
| | | | | 1 | Transfers Out | 35,277.70 |
| | | Subtotal | $ 36,000.00 | | | |
| | | | | | Total | $ 36,000.00 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 36,000.00 | | | |

FORM 2

Page: 4

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-20367 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | DELL, Jr., HAROLD | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0873  Checking Account |
| Taxpayer ID No: | *******1867 | | | |
| For Period Ending: | 06/13/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/05/14 | | Transfer from Acct #*******6701 | Bank Funds Transfer | 9999-000 | 35,277.70 | | 35,277.70 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 35,267.70 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 52.42 | 35,215.28 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.66 | 35,164.62 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 52.28 | 35,112.34 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 52.20 | 35,060.14 |
| 09/22/14 | 030001 | InnovaLaw, PC<br>1900 Ravinia Palce<br>Orland Park, IL 60462 | Attorney's Fees per Court Order | 3210-000 | | 8,155.00 | 26,905.14 |
| 09/22/14 | 030002 | InnovaLaw, PC<br>1900 Ravinia Palce<br>Orland Park, IL 60462 | Attorney's Expenses per Court Order | 3220-000 | | 55.96 | 26,849.18 |
| 10/06/14 | 030003 | Alan Horewitch<br>SCOTT, HOREWITCH, PIDGEON & ABRAMS<br>2150 E. Lake Cook Rd.<br>Suite 560<br>Buffalo Grove, IL 60089 | Accountant Fees | 3410-000 | | 1,270.00 | 25,579.18 |
| 02/10/15 | 030004 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY 10165 | | 2300-000 | | 14.62 | 25,564.56 |
| 02/18/16 | 030005 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY 10017 | Acct #10BSBGR6291 | 2300-000 | | 14.38 | 25,550.18 |
| 04/15/16 | 030006 | Gina B. Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Final Distribution<br>Successor Trustee Fees | 2100-000 | | 1,000.00 | 24,550.18 |
| 04/15/16 | 030007 | David E. Grochocinski | Final Distribution<br>Original Trustee's Compensation | 2100-000 | | 3,350.00 | 21,200.18 |

LFORM2T4

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Ver: 19.06a

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-20367 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | DELL, Jr., HAROLD | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0873  Checking Account |
| Taxpayer ID No: | *******1867 | | | |
| For Period Ending: | 06/13/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/15/16 | 030008 | PYOD, LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC  29602 | Final Distribution | 7100-000 | | 4,237.87 | 16,962.31 |
| 04/15/16 | 030009 | PYOD, LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC  29602 | Final Distribution | 7100-000 | | 5,544.89 | 11,417.42 |
| 04/15/16 | 030010 | PYOD, LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC  29602 | Final Distribution | 7100-000 | | 2,162.16 | 9,255.26 |
| 04/15/16 | 030011 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  282721083 | Final Distribution | 7100-000 | | 2,600.48 | 6,654.78 |
| 04/15/16 | 030012 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  282721083 | Final Distribution | 7100-000 | | 3,417.16 | 3,237.62 |
| 04/15/16 | 030013 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC  27410 | Final Distribution | 7100-000 | | 834.49 | 2,403.13 |
| 04/15/16 | 030014 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC  27410 | Final Distribution | 7100-000 | | 2,403.13 | 0.00 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6
Exhibit 9

| Case No: | 12-20367 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | DELL, Jr., HAROLD | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0873 Checking Account |
| Taxpayer ID No: | *******1867 | | |
| For Period Ending: | 06/13/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******0873
| | | | | |
|---|---|---|---|---|
| | Balance Forward | 0.00 | | |
| 0 | Deposits | 0.00 | 14 Checks | 35,060.14 |
| 0 | Interest Postings | 0.00 | 5 Adjustments Out | 217.56 |
| | | | 0 Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | |
| 0 | Adjustments In | 0.00 | Total | $ 35,277.70 |
| 1 | Transfers In | 35,277.70 | | |
| | Total | $ 35,277.70 | | |

Report Totals
| | | | | |
|---|---|---|---|---|
| | Balance Forward | 0.00 | | |
| 2 | Deposits | 36,000.00 | 15 Checks | 35,089.47 |
| 0 | Interest Postings | 0.00 | 19 Adjustments Out | 910.53 |
| | | | 1 Transfers Out | 35,277.70 |
| | Subtotal | $ 36,000.00 | | |
| 0 | Adjustments In | 0.00 | Total | $ 71,277.70 |
| 1 | Transfers In | 35,277.70 | | |
| | Total | $ 71,277.70 | Net Total Balance | $ 0.00 |

/s/ GINA B. KROL

Trustee's Signature: _____ Date: 06/13/16
GINA B. KROL

LFORM2T4  UST Form 101-7-TDR (10/1/2010) (Page: 15)

Ver: 19.06a